UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

NAASÓN JOAQUÍN GARCÍA,
ROSA SOSA,
AZALIA RANGEL GARCÍA,
EVA GARCÍA DE JOAQUÍN,
JORAM NÚÑEZ JOAQUÍN, and
SILEM GARCÍA PEÑA,

Defendants.

**UNSEALING ORDER**

S1 25 Cr. 370 (____)

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Ryan W. Allison, Lisa Daniels, Elizabeth Espinosa, and Michael R. Herman;

It is found that the Superseding Indictment in the above-captioned case is currently sealed, and the United States Attorney's Office has applied to have that Superseding Indictment unsealed **effective 7:00 a.m. EDT on September 10, 2025**, and;

It is further found that the requesting AUSAs have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and have advised that both Judge Garnett and Judge Koeltl are recused from this matter, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed **effective 7:00 a.m. EDT on September 10, 2025** and remain unsealed pending further order of the Court.

Dated:    New York, New York
          September 9, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF NEW YORK