UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-                                    25-CR-370(LAP)

NAASON JOAQUIN GARCIA, EVA                        ORDER
GARCIA DE JOAQUIN, and JORAM
NUNEZ JOAQUIN,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

        The status conference scheduled for March 12 is rescheduled

to Tuesday, March 10 at 11:00 AM in Courtroom 12A.

        **SO ORDERED.**

Dated:    New York, New York
          March 9, 2026

          _____
          LORETTA A. PRESKA
          Senior United States District Judge