# Werksman Jackson & Quinn LLP

888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
telephone (213) 688 - 0460
facsimile (213) 624 - 1942
www.WerksmanJackson.com

MARK J. WERKSMAN
ALAN J. JACKSON
KELLY C. QUINN *
CALEB E. MASON **
ELIZABETH S. LITTLE
JACQUELINE M. SPARAGNA ***
TOM JONES ****
NIA C. WAHL
EVAN J. WOLK *****

* Certified Specialist — Appellate Law
The State Board of California
Board of Legal Specialization
** Admitted in California and Illinois
*** Admitted in California and Washington, D.C.
**** Admitted in California and England (UK)
***** Admitted in California and Massachusetts

May 22, 2026

***SENT VIA ECF***

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Naason Garcia*, Case No. 25-cr-370,
Formal Request for Oral Argument**

Dear Judge Preska,

Pursuant to the Individual Practices of Judge Loretta A. Preska, Southern

District of New York, Rule 2D, Mr. García formally requests oral argument regarding

his Motion for Disclosure of Grand Jury Materials (Dkt. 51).

Dated: May 22, 2026             Respectfully submitted,

WERKSMAN JACKSON & QUINN LLP

By:    /s/ *Caleb Mason*
       Caleb Mason
       Alan Jackson
       Evan Wolk
       888 West 6th Street, 4th Floor
       Los Angeles, California 90017
       Tel: (213) 688-0460
       Email: cmason@werksmanjackson.com
              ajackson@werksmanjackson.com
              ewolk@werksmanjackson.com

*Attorneys for Defendant*
*Naason Joaquin García*

Cc: Counsel of record (by ECF)