

147 WEST 25TH STREET, 12TH FLOOR
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

July 20, 2026

***Via* ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:    *United States v. Naasón García, et al.*, Case No. 25-cr-370 (LAP)
> Request for Leave to File Omnibus Pretrial Motions**

Dear Judge Preska:

We represent Defendant Eva García de Joaquín ("Ms. de Joaquín") in the above-referenced matter.  We write on behalf of Ms. de Joaquín and on behalf of counsel for Defendant Naasón Joaquín García ("Mr. García") to respectfully request leave to file omnibus pretrial motions on behalf of Ms. de Joaquín and Mr. García that exceed the limits delineated in Your Honor's Individual Practices. The government consents to this request.

Pursuant to Paragraph 2(b) of Your Honor's Individual Practices, "[u]nless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to 7,000 words and reply memoranda are limited to 3,500 words."  Ms. de Joaquín and Mr. García seek the Court's permission to each file omnibus motions with the following word-count limits:

- 20,000 words for memoranda of law in support of their omnibus motions[1] and 8,500 words for reply memoranda.

---

[1] The government's memoranda of law in opposition to Ms. de Joaquín and Mr. García's omnibus motions would likewise enlarge to the 20,000 word-count limit.

PRIYA CHAUDHRY          PRIYA@CHAUDHRYLAW.COM          212.785.5550

HON. LORETTA A. PRESKA
JULY 20, 2026
PAGE 2 OF 2

This case presents compelling reasons for the Court to grant leave for Ms. de Joaquín and Mr. García to file omnibus motions. *First*, this case raises complex legal and constitutional questions. Ms. de Joaquín and Mr. García have made good-faith efforts to present these issues as concisely as possible, but the complexity of the legal issues, as well as the breadth of the charges altogether, make it impossible to meaningfully present all pretrial issues within Your Honor's stated limits. *Second*, omnibus single filings will be more efficient and will streamline briefing in this case. For example, it will eliminate the duplicative narrative and overlapping legal argument that attends multiple rounds of separate motion practice. It will thus be more judicially economical.[2] *Third*, granting this request will not prejudice the government, as it would enjoy the same enlarged limits.

For these reasons, Ms. de Joaquín and Mr. García respectfully request leave to file omnibus pretrial motions as delineated herein. We thank the Court for its attention to this matter.

Respectfully submitted,

Priya Chaudhry

Cc:    AUSA Ryan W. Allison
       AUSA Michael R. Herman
       AUSA Elizabeth Espinosa
       AUSA Lisa Daniels

SO ORDERED:

_____
HON. LORETTA A. PRESKA, U.S.D.J.

---

[2] *Vis-à-vis* judicial economy, to the extent applicable, Ms. de Joaquín and Mr. García intend to join each other's motions to further streamline motion practice.