WERKSMAN JACKSON & QUINN LLP
888 WEST SIXTH STREET, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 688-0460
FACSIMILE (213) 624-1942
www.WERKSMANJACKSON.com

MARK J. WERKSMAN
ALAN J. JACKSON
KELLY C. QUINN *
CALEB E. MASON **
ELIZABETH S. LITTLE
JACQUELINE M. SPARAGNA ***
TOM JONES ****
NIA C. WAHL
EVAN J. WOLK *****

* CERTIFIED SPECIALIST — APPELLATE LAW
THE STATE BOARD OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION
** ADMITTED IN CALIFORNIA AND ILLINOIS
*** ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**** ADMITTED IN CALIFORNIA AND ENGLAND (UK)
***** ADMITTED IN CALIFORNIA AND MASSACHUSETTS

August 21, 2026

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re:*** ***United States v. Naason Joaquin Garcia, et al.*****, No. 25-cr-370 (LAP) Request to Continue Status Conference from 9/23/2026 to 10/22/2026**

Dear Judge Preska:

We represent Defendant Naason Joaquin Garcia ("Mr. Garcia") in the above-referenced matter. We write on behalf of Mr. Garcia to respectfully request a continuance of the Status Conference currently set for September 23, 2026, at 12:00 p.m. EST, to **October 22, 2026**, at a time convenient for the Court. We have conferred with the Government and counsel for Co-Defendants Joram Nunez Joaquin ("Mr. Nunez Joaquin") and Eva Garcia de Joaquin ("Ms. de Joaquin), and all parties have consented to the requested date.

The basis for this request is that counsel for Mr. Garcia, Caleb Mason and Alan Jackson, will each be engaged in jury trials on September 23, in *Manhattan Beach Firefighters' Association, et al., v. City of Manhattan Beach, et al.*, Case No. 2:24-cv-04228-HDV and *People of the State of California v. Fraser Bohm*, Case No. LA100189, respectively. In the former case, trial is scheduled to begin September 22, 2026, and is estimated to last approximately two weeks. In the latter, trial is scheduled to begin on September 8, 2026, and is estimated to last approximately four weeks. As a result, Mr. Mason and Mr. Jackson will both be engaged in trial on September 23.

For these reasons, we respectfully request the Court to continue the scheduled Status Conference to **October 22, 2026**. (If the court is unavailable on October 22, 2026, then all parties are also available on October 21, 2026).

A proposed order is enclosed herewith for the Court's consideration.

Respectfully submitted,

/s *Caleb Mason*
Caleb Mason
Counsel for Defendant Naason Joaquin Garcia

cc: Counsel of record (by ECF)

The conference is adjourned to October 27, 2026 at 11:00 AM.

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska
Senior United States District Judge

August 24, 2026